# Unclaimed Funds

Entered 1/1/2001 to 3/7/2014

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| [10-44625 -msh](#) 19222710 | MARK C. ROSSI, ESQ. ESHER ROSSI LLC ONE BOSTON PLACE, 26TH FLOOR BOSTON, MA 02110 02110 | 2,500.00 | 03/07/2014 |

**Grand Total: 2,500.00**